## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA –
## JACKSONVILLE DIVISION

**SAMUEL JOHNSON, as Personal**          **CASE NO.:  3:15-cv-00206-TJC-JRK**
**Representative of the Estate of**
**KORY SAMUEL DEYTON, deceased,**

       **Plaintiff,**

**vs.**

**SHERIFF RICK BESELER, in his official**
**capacity as Sheriff of Clay County;**
**and, STEVEN HILLS,**
**individually,**

       **Defendants.**

_____/

## SECOND AMENDED COMPLAINT FOR WRONGFUL DEATH

COMES NOW, the Plaintiff, SAMUEL JOHNSON, as Personal Representative of the

Estate of KORY SAMUEL DEYTON, deceased, by and through his undersigned attorney, and

hereby files this Complaint against the Defendants, SHERIFF RICK BESELER, in his official

capacity as Sheriff of Clay County, Florida, and STEVEN HILLS, an individual, and alleges as

follows:

## INTRODUCTORY ALLEGATIONS

1.      For jurisdictional purposes, Plaintiff alleges that this is an action in excess of FIFTEEN

THOUSAND DOLLARS ($15,000.00), exclusive of interest, costs, and attorneys' fees.

2.      At all times material, Plaintiff, SAMUEL JOHNSON was the natural grandfather of of

KORY SAMUEL DEYTON, deceased, and has been appointed as the duly authorized

Law Office of John M. Phillips, LLC
4230 Ortega Boulevard
Jacksonville, FL  32210
PH: 904-444-4444

Personal Representative of the Estate of KORY SAMUEL DEYTON by Judge Wilensky of the Fourth Judicial Circuit of the State of Florida, in and for Clay County, Florida.  A copy of the Letters of Administration are attached hereto as Exhibit "A".

3.     The living KORY SAMUEL DEYTON was an unmarried adult residing in Clay County, Florida and maintained the residence located at 1730 Horton Drive, Orange Park, Florida.  The following are the beneficiaries and their relationship to KORY DEYTON as set forth by the Florida Wrongful Death Act:

      a)     Valerie Deyton, the surviving mother of KORY DEYTON;

      b)     Jimmy Deyton, the surviving father of KORY DEYTON;

      c)     The ESTATE OF KORY SAMUEL DEYTON

4.     At all times material, Defendant BESELER employed Defendant STEVEN HILLS in his capacity as a law enforcement officer with the Clay County Sheriff's Office, an agency of Defendant COUNTY at the time of the actions or omissions giving rise to this Complaint.

5.     Defendant RICK BESELER (hereinafter referred to as "BESELER"), is a resident of Clay County, Florida and is *sui juris*.  At all times material, Defendant BESELER was the Sheriff for Clay County.  Defendant BESELER is sued herein in his official capacity as the Sheriff for Clay, County, Florida.

6.     Defendant STEVEN HILLS (hereinafter referred to as "HILLS"), is believed to be a resident of Clay County, Florida and is *sui juris*.  At all times material, Defendant HILLS was employed by the Clay County Sheriff's Office as a law enforcement officer and is sued herein in his individual capacity.

Law Office of John M. Phillips, LLC
4230 Ortega Boulevard
Jacksonville, FL  32210
PH: 904-444-4444

7.      At all times material, Defendant HILLS was acting within the scope and course of his employment with Defendant BESELER, and the Clay County Sheriff's Office.

## GENERAL ALLEGATIONS

8.      Before October 27, 2012, Defendant HILLS had a history of harassing the decedent Kory Deyton, threatening him with prosecution if he did anything wrong and following him without probable cause or justification.

9.      On or about October 27, 2012 at 2:10 a.m., Defendant HILLS was pursuing KORY DEYTON and two other unknown individuals in his patrol vehicle at a high rate of speed.

10.     KORY DEYTON and the other unknown individuals were each lawfully traveling on motorcycles while being pursued by Defendant HILLS's patrol vehicle.

11.     Said chase occurred while all individuals were traveling westbound on Arora Boulevard in Orange Park, Clay County, Florida.

12.     Soon after Defendant HILLS had started to pursue DEYTON, the other two individuals turned off of Arora and Defendant HILLS continued in pursuit of DEYTON only.

13.     Defendant HILLS continued to pursue DEYTON at a high rate of speed.

14.     At or near the intersection of Arora Boulevard and Venus Lane, and at said time and date, Defendant HILLS caused his vehicle to strike the rear of DEYTON's motorcycle, in turn, causing DEYTON to be thrown from his motorcycle and causing his immediate death.

## COUNT I
## CLAIM PURSUANT TO 42 U.S.C. § 1983
## MUNICIPAL LIABILITY

Plaintiff adopts and re-alleges Paragraphs 1 through 14 as if fully set forth herein, and further alleges as follows:

Law Office of John M. Phillips, LLC
4230 Ortega Boulevard
Jacksonville, FL 32210
PH: 904-444-4444

15.    This claim is brought pursuant to 42 U.S.C. § 1983 for violation of rights under the Fourth and Fourteenth Amendments to the United States Constitution.

16.    At all times material, Defendant BESELER was Sheriff of Clay County and therefore supervisor to all law enforcement personnel employed by the Clay County Sherriff's Office. Defendant BESELER is a person within the meaning of 42 U.S.C. § 1983.

17.    Defendant BESELER as the Sheriff of Clay County, is liable because of his policy and custom of encouraging, tolerating, permitting, and ratifying the use of improper and excessive deadly force by law enforcement under his supervision of which he knew or should have known.

18.    Defendant BESELER as the Sheriff of Clay County, has routinely ignored violations of the Fourth and Fourteenth Amendment by his subordinates such that he has established a custom within the Clay County Sherriff's Office.

19.    Defendant BESELER, as the Sheriff of Clay County, evidenced deliberate indifference by failing to respond to a need for oversight and discipline in instances of Fourth and Fourteenth Amendment violations in such a manner as to encourage his subordinates to continue engaging in constitutional violations.

20.    Defendant BESELER, as the Sheriff of Clay County, failed to discipline or prosecute known instances of wrongful and excessive use of force by officers under his direction and employ.

21.    Defendant BESELER, as the Sheriff of Clay County, refused to adequately investigate complaints of previous incidents of wrongful and excessive use of force by officers under his

Law Office of John M. Phillips, LLC
4230 Ortega Boulevard
Jacksonville, FL  32210
PH: 904-444-4444

direction and employ and instead caused law enforcement personnel to believe such conduct is permissible.

22.    Defendant BESELER, as the Sheriff of Clay County, established and maintained a system of review of complaints of excessive use of force by Clay County Sherriff's Office law enforcement personnel and employees which has failed to identify constitutional violations by those officers and employees and subject the offending employees and law enforcement personnel to discipline, close supervision, or restraining.  The failure was so pervasive as to become the de facto policy and custom of Defendant BESELER, as the Sheriff of Clay County, to tolerate the use of excessive force by law enforcement personnel under his direction and employ.

23.    The foregoing acts, omissions, and systematic deficiencies are polices and customs of Defendant BESELER, as the Sheriff of Clay County, and caused officers and employees under the employ and direction of Defendant BESELER to be unaware or alternatively unconcerned with the rules and laws governing permissible use of force and to believe that such use of force is entirely within the discretion of the deputies and employees.  Further, that such use of force would not be honestly and properly investigated, all with the foreseeable result that officers and employees are more likely to use excessive force in situations where such force is neither necessary nor reasonable nor legal.

24.    As a direct and proximate result of the aforementioned acts and/or omissions on the part of Defendant BESELER, KORY SAMUEL DEYTON was caused to be deceased.

WHEREFORE, Plaintiff SAMUEL JOHNSON demands judgment for damages, including compensatory damages, punitive damages, all costs, interest and reasonable

attorney's fees provided under the applicable law, against Defendant RICK BESELER as the Sheriff of Clay County, and any other such relief this Honorable Court deems reasonable and just.

## COUNT II
## CLAIM AGAINST STEVEN HILLS PURSUANT TO 42 U.S.C. § 1983

Plaintiff adopts and re-alleges Paragraphs 1 through 14 as if fully set forth herein, and further alleges as follows:

25.   The actions of Defendant HILLS, including the excessive use of force and battery of KORY SAMUEL DEYTON, violated clearly established law, and violated the Constitutional rights of KORY SAMUEL DEYTON, including his rights under the Fourth and Fourteenth Amendments to the United States Constitution, through the wrongful acts of using deadly force against KORY SAMUEL DEYTON and intentionally striking the motorcycle being driven by KORY DEYTON with the front of his patrol vehicle.

26.   The collision caused by Defendant HILLS was entirely unjustified by any actions of KORY SAMUEL DEYTON, and constituted an unreasonable seizure and excessive use of deadly force in an effort to intentionally acquire control over KORY DEYTON by Defendant HILLS, a government actor.

27.   The actions alleged above deprived KORY SAMUEL DEYTON of clearly defined, established, and well-settled Constitutional rights of Plaintiff, specifically: (a) the freedom from the use of excessive and unreasonable force; (b) the freedom from unreasonable seizure; and (c) the freedom from deprivation of life and liberty without due process of law.

Law Office of John M. Phillips, LLC
4230 Ortega Boulevard
Jacksonville, FL 32210
PH: 904-444-4444

28.     Defendant HILLS acted recklessly, maliciously, or deliberately indifferent toward KORY SAMUEL DEYTON when he deprived him of his Constitutional rights.

29.     As a direct and proximate result of the aforementioned acts of Defendant HILLS, KORY SAMUEL DEYTON was caused to be deceased.

WHEREFORE, Plaintiff SAMUEL JOHNSON demands judgment for damages, including compensatory damages, punitive damages, all costs, interest and reasonable attorney's fees provided under the applicable law, against Defendant STEVEN HILLS and any other such relief this Honorable Court deems reasonable and just.

## COUNT III
## STATE LAW CLAIM OF NEGLIGENCE AGAINST SHERIFF RICK BESELER

Plaintiff adopts and re-alleges Paragraphs 1 through 14 as if fully set forth herein, and further alleges as follows:

30.     At all times material and at the time of the aforementioned automobile collision, Defendant HILLS was an employee and uniformed police officer employed by the Clay County Sherriff's Office and Defendant Sheriff RICK BESELER and was acting within the scope of his employment.

31.     As such, Defendant BESELER, as Sheriff of Clay County is vicariously liable for the negligent actions of its employee, Defendant HILLS.

32.     Defendant HILLS owed a duty to KORY SAMUEL DEYTON to act as a reasonable and prudent person under similar circumstances while operating a Clay County Sheriff's Office motor vehicle.

Law Office of John M. Phillips, LLC
4230 Ortega Boulevard
Jacksonville, FL  32210
PH: 904-444-4444

33.   Defendant HILLS breached the aforementioned duty by failing to use reasonable care while chasing KORY DEYTON, driving too fast for conditions, and traveling in dangerously close proximity to KORY DEYTON while DEYTON was operating his motorcycle.

34.   At no time had KORY DEYTON committed a forcible felony, or had committed any such criminal act to warrant a high speed chase through a residential neighborhood.

35.   Defendant HILLS's actions were negligent and were the direct and proximate cause of the death of KORY SAMUEL DEYTON.

36.   As a direct and proximate result of the aforementioned negligent acts of Defendant HILLS, KORY SAMUEL DEYTON was caused to be deceased.

WHEREFORE, Plaintiff SAMUEL JOHNSON demands judgment for damages, including compensatory damages, all costs, and interest provided under the applicable law, against the Defendant, RICK BESELER as Sheriff of Clay County and any other such relief this Honorable Court deems reasonable and just.

## COUNT IV
## STATE LAW CLAIM FOR BATTERY AGAINST STEVEN HILLS

Plaintiff adopts and re-alleges Paragraphs 1 through 14 as if fully set forth herein, and further allege as follows:

37.   On or about October 27, 2012, Defendant HILLS, an employee and uniformed officer with the Clay County Sherriff's Office, committed a battery when he used his patrol vehicle to intentionally strike the rear of DEYTON's motorcycle and/or the person of KORY SAMUEL DEYTON.

Law Office of John M. Phillips, LLC
4230 Ortega Boulevard
Jacksonville, FL  32210
PH: 904-444-4444

38.    The aforementioned act of using his patrol vehicle to strike the rear of KORY DEYTON's motorcycle was the intended act of Defendant HILLS and was carried out in bad faith and with malicious intent.

39.    As a direct and proximate result of the acts of Defendant HILLS, KORY SAMUEL DEYTON was caused to be deceased.

WHEREFORE, the Plaintiff SAMUEL JOHNSON demands judgment for damages, including compensatory damages, all costs, and interest provided under the applicable law, against Defendant STEVEN HILLS and any other such relief this Honorable Court deems reasonable and just.

<u>**DEMAND FOR TRIAL BY JURY**</u>

Plaintiff demands a trial by jury for all issues so triable.

**Dated this <u>10th</u> day of <u>March, 2015</u>**          **Law Office of John M. Phillips, LLC**

*/s/ T. C. Roberts, Esq.*
**JOHN M. PHILLIPS, ESQUIRE**
Florida Bar Number:  0477575
**T.C. ROBERTS, ESQUIRE**
Florida Bar Number:  0099975
4230 Ortega Boulevard
Jacksonville, FL 32210
(904) 444-4444
(904) 508-0683 (facsimile)
Attorney for Plaintiffs
jphillips@floridajustice.com
tc@floridajustice.com
linda@floridajustice.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing Plaintiff's Notice of Service of proposed Second Amended Complaint has been filed as requested by the Deputy Clerk via the CM/ECF of the U.S.D.C. Middle District of Florida, and/or by electronic mail on this 11th day of March, 2015, to:

**Lisa Truckenbrod, Esq.**
Jolly & Peterson, P.A.
Post Office Box 37400
Tallahassee, FL  32315
Telephone: 850-422-0282
Facsimile:  850-422-1913
Attorneys for Defendant Beseler

**Jeannette Andrews, Esq.**
**Joe Longfellow, III, Esq.**
Andrews, Crabtree, Knox & Andrews
1558 Village Square Boulevard
Suite 1
Tallahassee, FL  32309
Telephone: 850-297-0090
Facsimile:  850-297-0219
Attorneys for Defendant Hills

*/s/ T. C. Roberts, Esq.*

Law Office of John M. Phillips, LLC
4230 Ortega Boulevard
Jacksonville, FL  32210
PH: 904-444-4444

IN THE CIRCUIT COURT FOR CLAY COUNTY,
FLORIDA                     PROBATE DIVISION
IN RE:  ESTATE OF

                                File No.10-2014-CP-290

KORY SAMUEL DEYTON
AKA                             Division   Probate
KARY SAMUEL DEYTON
       Deceased.

## LETTERS OF ADMINISTRATION
### (single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, Kory Samuel Deyton, a resident of Clay County, Florida, died on October 27, 2012, owning assets in the State of Florida, and

WHEREAS, Samuel Johnson has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Samuel Johnson duly qualified under the laws of the State of Florida to act as personal representative of the estate of Kory Samuel Deyton, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on September 30, 2014.

TARA S. GREEN
CLERK OF THE CIRCUIT COURT
CLAY COUNTY, FLORIDA
A CERTIFIED COPY, and the
same is in full force and effect.
DATE _____
BY _____ ,D.C.

_____
Honorable Daniel Wilensky
Circuit Judge

11